MARCELLA H. DECKER, PLAINTIFF-RESPONDENT, v. JAMES A. DECKER, DEFENDANT-PETITIONER.

*Messrs. Heuser & Heuser* for the petitioner.

*Mr. Benjamin Gruber* for the respondent.

January 16, 1968. Denied.

IN THE MATTER OF THE ESTATE OF GEORGE McCAUSLAND, DECEASED.

GEORGE H. McCAUSLAN, PLAINTIFF-PETITIONER, v. HUDSON TRUST CO., DEFENDANT-RESPONDENT.

*Mr. Percy G. Britt* for the petitioner.

*Messrs. Moser, Roveto & McGough* for the respondent.

January 16, 1968. Denied.